UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-109-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT PAUL RITZIE | ) |

**ORDER ON MOTION TO SEAL THE DEFENDANT'S
CONSENT MOTION TO CONTINUE SENTENCING**

THIS MATTER is before the Court on defendant's Motion to Seal his Consent Motion to Continue Sentencing, to which the United States has consented.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the Consent Motion to Continue Sentencing shall be filed under SEAL.

SO ORDERED, this the 22 day of December, 2014.

*James C. Fox*

HON. JAMES C. FOX
Senior Judge, United States District Court