IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-109-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT PAUL RITZIE | ) | |

This matter is before the court on the defendant's motion to file his Sentencing Memorandum [DE-43] under seal. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-43].

SO ORDERED.

This, the 9 day of February, 2015.

JAMES C. FOX
Senior United States District Judge